IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                       Case No. 6:13-cr-60035-001

GERARDO CONTRERAS                                                                                DEFENDANT

## ORDER

Before the Court is Defendant Gerardo Contreras's Motion for Early Termination of Supervised Release.  (ECF No. 25).  Defendant requests early termination of his supervised release, citing his strict compliance with all of the conditions of his supervised release; his current status on all fines, fees and restitution payments; and his desire to establish another business venture.  The United States objects to his early termination. (ECF No. 27).

Pursuant to 18 U.S.C. § 3583(e)(1), the Court, after considering the factors in 18 U.S.C. § 3553(a), may terminate a term of supervised release any time after the expiration of one year of supervised release if it is satisfied "that such action is warranted by the conduct of the defendant released and the interest of justice."  Defendant was sentenced to 5 months of imprisonment in the Bureau of Prisons with credit for time served in federal custody. The Court ordered that Defendant's term of imprisonment be followed by a term of 3 years supervised release, with the first 5 months to be spent in home detention with electronic monitoring.  In addition, the Court ordered Defendant to pay a special assessment of $100.00 and restitution in the amount of $87,040.90 to the Social Security Administration. To date, Defendant has paid $6,825.00 of his restitution obligation.

Upon consideration of the factors set forth in 18 U.S.C. § 3553(a), the Court finds that early termination of Defendant's supervised release is not warranted due to the serious nature of the offense for which Defendant was convicted and the remaining amount of restitution still

owed to the victim. Accordingly, Defendant's Motion for Early Termination of Supervised Release (ECF No. 25) is **DENIED**.

    **IT IS SO ORDERED**, this 8th day of November, 2016.

                                                     /s/ Susan O. Hickey  
                                                   Susan O. Hickey  
                                                   United States District Judge